IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00216-WDM-MEH

SCOTT LUPOW,

    Plaintiff,

v.

CHATEAU DU MONT CONDOMINIUM ASSOCIATION, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF CLAIMS AGAINST AJAX INVESTMENTS, LLC AND ASPEN MOUNTAIN PARTNERS, LLC ONLY**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed without prejudice, against Ajax Investments, LLC and Aspen Mountain Partners, LLC only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on March 30, 2009

                                                       BY THE COURT:

                                                       s/ Walker D. Miller
                                                       United States Senior District Judge