IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00216-WDM-MEH

SCOTT LUPOW,

    Plaintiff,

v.

CHATEAU DU MONT CONDOMINIUM ASSOCIATION, INC., a Colorado Non-Profit Association in Good Standing,
CHATEAU DU MONT APARTMENTS, a Colorado Condominium Project,
FRIAS PROPERTIES OF ASPEN, LLC, a Colorado limited liability corporation in Good Standing,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 22, 2009.**

    Defendants' Unopposed Motion for Leave to Attend Settlement Conference by Telephone [filed June 12, 2009; docket #27] is **granted**. Defendants' counsel shall ensure that the insurance representative is promptly available by telephone throughout the entirety of the settlement conference. Moreover, in the Court's experience, cases may require more than one session to complete a settlement, and subsequent conferences may necessitate in-person attendance.